## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STANLEY ROGERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FISERV, INC., FIRST DATA ) <br> CORPORATION, TONY MARINO, ) <br> and ANGELO GRECCO, ) <br> ) <br> Defendants. ) | 5:22cv5012 <br> Case No. _____ <br> Judge _____ |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Fiserv, Inc., First Data Corporation, Tony Marino, and Angelo Grecco (collectively referred to as "Defendants"), by and through their undersigned attorneys and pursuant to 28 U.S.C. §§1332, 1441, and 1446, remove the action styled as *Stanley Rogers v. Fiserv, Inc., First Data Corporation, Tony Marino, and Angelo Grecco*, pending in the Circuit Court for Washington County, Arkansas, Case No. 72CV-21-2819 (the "Circuit Court case"), to the United States District Court for the Western District of Arkansas. In support of this Notice, Defendants state as follows:[1]

     1.    On or about December 14, 2021, Plaintiff Stanley Rogers filed a Petition in the Circuit Court case. A true and correct copy of the Circuit Court docket and all filings are attached as Exhibit A.

     2.    Plaintiff is a citizen of Arkansas.

     3.    Defendant Fiserv, Inc. is a Wisconsin corporation with its principal place of business in Wisconsin. Fiserv is a citizen of Wisconsin. *See* 28 U.S.C. § 1332(c)(1).

---

[1] Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendants' rights to assert any defense, including but not limited to those defenses available under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

2

4. Defendant First Data Corporation is a Delaware corporation with its principal place of business in Wisconsin. First Data is a citizen of Delaware and Wisconsin. *See Id.*

5. Tony Marino is a citizen of North Carolina.

6. Angelo Grecco is a citizen of Pennsylvania.

7. Plaintiff and the Defendants are citizens of different states and, therefore, are completely diverse. *See* 28 U.S.C. § 1332.

8. The Petition asserts two state law causes of action for fraud and tortious interference with business expectancy.

9. Although the Petition does not include an exact calculation of alleged damages, Plaintiff alleges he is entitled to damages in excess of $800,000 for lost wages, commissions, and benefits he would have earned with the Subsequent Employer." Ex. A, Petition at ¶¶ 43, 50.

10. Accordingly, the amount in controversy plausibly exceeds $75,000. *See Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81 (2014) (defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold and does not need to contain evidentiary submissions); *Pudlowski v. The St. Louis Rams, LLC*, 829 F.3d 963, 964 (8th Cir. 2016) (applying *Dart*).

11. Removal of this lawsuit is authorized by 28 U.S.C. §1441(a) because this Court has original jurisdiction over this civil action under 28 U.S.C. §1332 given that this action is between citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

12. Under 28 U.S.C. §1441(a), venue of the removed action is proper in this Court as a district or division embracing the place where the state action is pending.

13. Plaintiff commenced this action on December 14, 2021. This Notice is being filed less than one year after commencement of this action.

14. This Notice of Removal is filed within the 30-day period from which it could first be ascertained that the case is one which is or has become removable set forth in 28 U.S.C. §1446(b) as the summons was issued on December 14, 2021.

15. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy of this Notice of Removal will be provided to the Clerk of Court for the Circuit Court for Washington County, Arkansas.

Pursuant to 28 U.S.C. §§1441, 1446 and 1332, Defendants remove this matter from the Circuit Court for Washington County, Arkansas to the United States District Court for the Western District of Arkansas.

CONNER & WINTERS, LLP

By:  */s/ Kerri E. Kobbeman*
Kerri E. Kobbeman, ABA #2008149
4375 North Vantage Drive, Ste 405
Fayetteville, AR 72703
Phone: 479.582.5711
Facsimile: 479.587.1426
Email: kkobbeman@cwlaw.com

SAUL EWING ARNSTEIN & LEHR LLP
Gary B. Eidelman (*pro hac vice to be filed*)
500 E. Pratt Street
Suite 900
Baltimore, MD 21202
Phone: 410.332.8975
Facsimile: 410.332.8976
Email: gary.eidelman@saul.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this Notice of Removal was served on counsel of record for the Plaintiff on January 13, 2022 by first class mail postage prepaid and by electronic mail at the following address:

MCAFEE & TAFT, P.C.
Kirk Turner
2 West Second Street, Ste. 1100
Tulsa, OK 74103
Phone: 918.587.0000
Facsimile: 918.599.9317
Email: kirk.turner@mcafeetaft.com

*Counsel for Plaintiff*

                                              */s/ Kerri E. Kobbeman*
                                              Kerri E. Kobbeman