ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2021-Dec-14 09:04:52
72CV-21-2819
C04D05 : 8 Pages

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

| | |
|---|---|
| STANLEY ROGERS, an individual | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FISERV, INC., a foreign corporation, | )    Case No. _____ |
| | ) |
| FIRST DATA CORPORATION, | ) |
| a foreign corporation, | ) |
| | ) |
| TONY MARINO, an individual, | ) |
| | ) |
| and | ) |
| | ) |
| ANGELO GRECCO, an individual, | ) |
| | ) |
| Defendants. | ) |

## PETITION

Plaintiff, Stanley Rogers ("Plaintiff" or "Rogers"), brings this action against Defendants, Fiserv, Inc., First Data Corporation (Fiserv, Inc. and First Data Corporation are collectively referred to herein as "Fiserv"), Tony Marino ("Marino"), and Angelo Grecco ("Grecco"), and in support thereof alleges and states as follows:

## PARTIES, VENUE, AND JURISDICTION

1.      Rogers is an individual who currently resides in Washington County, Arkansas.

2.      Fiserv is a foreign corporation doing business in Washington County, Arkansas.

3.      First Data is a foreign corporation doing business in Washington County, Arkansas. First Data is a wholly owned subsidiary of Fiserv.

4.      Marino is Fiserv's Chief Human Resources Officer.  Upon information and belief, Marino resides in the State of New York.

1

5.      Grecco is Fiserv's Senior Vice President and Co-President SMB.   Upon information and believe, Grecco resides in the State of Pennsylvania.

6.      Venue and jurisdiction are proper in this Court.

## FACTS

7.      On October 26, 2015, Fiserv hired Rogers in the position of Account Executive.  In 2018, Fiserv promoted Rogers to the position of Vice President of Strategic Partnerships.

8.      Rogers served Fiserv in this position faithfully and performed his duties with excellence.

9.      In or around 2019, Fiserv awarded shares of the company's common stock to Rogers pursuant to the company's 2015 Omnibus Incentive Plan.

10.      Fiserv required Rogers to execute a Restricted Stock Unit Agreement ("2019 RSU Agreement") in exchange for the award of shares.

11.      On or around February 26, 2020, Fiserv made another award of shares to Rogers.

12.      Fiserv required Rogers to execute another Restricted Stock Unit Agreement ("2020 RSU Agreement") in exchange for the award of shares.

13.      On or around January 29, 2021, Fiserv made another award of shares to Rogers.

14.      Fiserv required Rogers to execute another Restricted Stock Unit Agreement ("2021 RSU Agreement") in exchange for the award of shares (the 2019 RSU Agreement, 2020 RSU Agreement, and 2021 RSU Agreement shall be referred to herein collectively as "The RSU Agreements").

15.      The RSU Agreements each contained provisions that purport to prohibit Rogers from performing duties for a competitor for a period of twelve (12) months following the termination of his employment with Fiserv.

2

16.     In other words, The RSU Agreements purport to prohibit Rogers from practicing his trade and earning a living after the end of his employment with Fiserv.

17.     On or about September 23, 2021, Fiserv notified Rogers that it was terminating his employment, effective October 7, 2021, "due to reorganization within the company that resulted in [his] position being impacted."

18.     Fiserv then requested Rogers execute a Release of Claims ("Release"), which purported to release all claims Rogers may have against Fiserv.

19.     Prior to executing the Release, Rogers was offered an employment position with another company ("Subsequent Employer"). The offer included an annual salary of $180,000, plus commissions equal to 100% of base salary per annum.

20.     The Subsequent Employer, which is in the same industry as Fiserv, conditioned its offer on Fiserv providing written consent that if Rogers went to work for the Subsequent Employer, Fiserv would not seek to enforce the restrictive covenants contained in The RSU Agreements.

21.     Fiserv regularly provides such consent for former employees.

22.     Rogers notified Grecco, Fiserv's Senior Vice President and Co-President SMB, of the employment offer and that such offer was conditioned on Fiserv providing the aforementioned written consent.

23.     On October 14, 2021, Rogers asked Defendant Grecco if Fiserv would provide such written consent.

24.     Grecco, who was authorized to speak on behalf of Fiserv, represented to Rogers that Fiserv would provide the requested written consent.

25.     Rogers asked Grecco to include the written consent in the Release, which Rogers had not yet executed.

26.     On October 18, 2021, Grecco represented to Rogers that Fiserv does not amend its Releases. Instead, Rogers would have to execute the Release and then Fiserv would provide the written consent.

27.     On the same day, Rogers asked Grecco to confirm Fiserv would provide the consent and that it would be in writing.  Grecco responded, "Yeah. . . . You won't have an issue."

28.     On October 23, 2021, Rogers again asked Grecco if Fiserv would include the consent in the Release.  Grecco, on behalf of Fiserv, responded, "Hey Stanley. No one amends the agreement. You just get sign off when you accept the position."

29.     Grecco represented to Rogers that Fiserv would provide the written consent after he executed the Release for the purpose of inducing Rogers into executing the Release.

30.     Relying on the representations made by Fiserv, through its agent Grecco, Rogers executed the Release on October 25, 2021, and accepted the employment offer presented to him by the Subsequent Employer.

31.     Fiserv never provided Rogers with the promised written consent.

32.     On or around November 12, 2021, Rogers learned Fiserv had intentionally deceived him.  It never had any intention of providing him with the written consent.  Grecco, on behalf of Fiserv, made statements he knew were false in order to fraudulently induce Rogers into executing the Release.

33.     In addition, Defendant Marino, Fiserv's Executive Vice President and Chief Human Resources Officer, communicated with the Subsequent Employer and warned it to not hire Rogers.

34.     As a result of Defendants' fraudulent and tortious actions, the Subsequent Employer revoked its employment offer to Rogers.

4

35.     Rogers has suffered damages in the amount of lost wages, commissions, and benefits he would have earned with the Subsequent Employer. These losses total more than $800,000.

### COUNT I – FRAUD
**(Asserted Against Fiserv, Inc., First Data Corporation, and Grecco)**

36.     Rogers realleges and incorporate the allegations contained in the preceding paragraphs as though fully set forth herein.

37.     Grecco, on behalf of Fiserv[1], made express material representations to Rogers that Fiserv would provide written consent agreeing to not seek to enforce the restrictive covenants contained in The RSU Agreements *if* Rogers first executed the Release.

38.     Fiserv and Grecco knew these representations were false when Grecco made them.

39.     Fiserv and Grecco made the representations to fraudulently induce Rogers into executing the Release.

40.     Rogers justifiably relied on the false representations when he executed the Release and accepted the employment offer from the Subsequent Employer.

41.     Subsequently, Fiserv refused to provide the promised written consent.

42.     Fiserv's and Grecco's actions caused the Subsequent Employer to revoke the employment offer it had made to Rogers.

43.     Rogers has suffered actual damages as a result of Defendants' false representations. These damages include in excess of $800,000 for lost wages, commissions, and benefits he would have earned with the Subsequent Employer.

---

[1] Fiserv, Inc. and First Data Corporation continue to be referred to collectively as "Fiserv."

## COUNT II – TORTIOUS INTERFERENCE WITH A BUSINESS EXPECTANCY
### (Asserted Against All Defendants)

44.     Rogers reallege and incorporate the allegations contained in the preceding paragraphs as though fully set forth herein.

45.     Rogers had a valid business expectancy in the offer of employment made to him by the Subsequent Employer.

46.     Defendants were aware of the offer of employment.

47.     Defendants intentionally interfered with Rogers' business expectancy by refusing to provide the promised written consent that Fiserv would not enforce the restrictive covenants contained in The RSU Agreements.

48.     In addition, Defendants, through Marino, intentionally interfered with Rogers' business expectancy when Marino called the Subsequent Employer and warned it not to hire Rogers.

49.     Defendants' actions caused the Subsequent Employer to revoke the employment offer it had made to Rogers.

50.     Rogers has been damaged by Defendants' actions.  These damages include in excess of $800,000 for lost wages, commissions, and benefits he would have earned with the Subsequent Employer.

### PRAYER FOR RELIEF

51.     For the foregoing reasons, Rogers respectfully requests the Court enter a temporary restraining order and, on a full hearing on this matter, a temporary and permanent injunction providing as follows:

(A)     Defendants shall immediately cease and desist making threats to the

Subsequent Employer to refrain from hiring Rogers.

(B)    Defendants shall immediately cease and desist communicating with the Subsequent Employer in any manner regarding Rogers.

(C)    Defendants shall immediately cease and desist making threats to any other person or entity to refrain from hiring Rogers.

(D)    Defendants shall immediately cease and desist communicating with any other person or entity in any manner regarding the possibility of Rogers obtaining employment with the person or entity.

(E)    The non-compete provisions contained in the RSU Agreements are unreasonable as a matter of law and, thus, unenforceable.

52.    In addition, Plaintiffs request such other and further relief, in law and in equity, to which it may be entitled, including but not limited to:

(A)    Recension of the Release of Claims executed by Rogers.

(B)    Monetary and non-monetary damages related to any losses suffered by Plaintiffs as a result of Defendants' unlawful actions;

(C)    Punitive damages in the highest amount allowed by applicable law;

(D)    Costs, disbursements, and attorneys' fees pursuant to applicable law; and

(E)    Any other relief the Court deems appropriate under the circumstances.

7

Respectfully submitted,

W. Kirk Turner, OBA #13791
Arkansas Bar No. 2006024
MCAFEE & TAFT
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
kirk.turner@mcafeetaft.com


**ATTORNEY FOR PLAINTIFFS**

8

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

Plaintiff,

Case No. _____

vs.

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

Defendants.

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## ORIGINAL SUMMONS

Fiserv, Inc.
c/o Corporation Service Company
8040 Excelsior Drive, Suite 400
Madison, WI  53717-2915

To the above-named Defendant(s):

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of December, 2021.

_____, Court Clerk

By _____
Deputy Court Clerk

(Seal)

This summons and order was served on _____.
(date of service)

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

              **Plaintiff,**

vs.

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

              **Defendants.**

Case No. _____

Attorney(s) for Plaintiff(s):

McAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## RETURN/AFFIDAVIT OF SERVICE
### PERSONAL SERVICE

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

### CORPORATION RETURN

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer or other chief officer no being found in said County.

### NOT FOUND

Received this summons this ___ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

### FEES

For service $ _____, Mileage $ _____, Total $ _____
Dated this ____ day of _____, 20____.

                            _____, Sheriff
                By: _____, Deputy
                _____County, Oklahoma

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

                _____
                   Process Server

Subscribed to and sworn to before me this ____ day of _____, 20_____.

                _____, Court Clerk

My Commission Expires: _____

                Deputy Court Clerk/Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____**day of** _____, _____ and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|

                    _____
                Signature of person mailing summons



Arkansas Judiciary

**Case Title:**      STANLEY ROGERS V FISERC INC ET AL

**Case Number:**   72CV-21-2819

**Type:**          SUMMONS - FILER PREPARED


So Ordered

*Tyra Marsh*

Tyra Marsh

Electronically signed by TAMARSH on 2021-12-14 15:22:10    page 3 of 3

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

                      Plaintiff,

                                            Case No. _____

vs.

FISERV, INC., a foreign corporation; FIRST     Attorney(s) for Plaintiff(s):
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;     McAFEE & TAFT
and ANGELO GRECCO, an individual,          W. Kirk Turner, OBA # 13791/AR 2006024
                                       2 West Second Street, Suite 1100
                        Defendants.      Tulsa, OK  74103
                                       (918) 587-0000 telephone/(918) 599-9317 fax
                                       kirk.turner@mcafeetaft.com

## ORIGINAL SUMMONS

First Data Corporation


To the above-named Defendant(s):

       You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

       Issued this _____ day of December, 2021.

                                        _____, Court Clerk


                    By _____
                              Deputy Court Clerk

(Seal)


       This summons and order was served on _____.
                                 (date of service)


                           _____
                           (Signature of person serving summons)


**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

Plaintiff,

vs.

Case No. _____

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

Defendants.

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

RETURN/AFFIDAVIT OF SERVICE
PERSONAL SERVICE

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

CORPORATION RETURN

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer or other chief officer no being found in said County.

NOT FOUND

Received this summons this ___ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

FEES

For service $ _____, Mileage $ _____, Total $ _____
Dated this ____ day of _____, 20____.

_____, Sheriff
By: _____, Deputy
_____ County, Oklahoma

AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Process Server

Subscribed to and sworn to before me this ____ day of _____, 20___.

_____, Court Clerk
My Commission Expires: _____

_____
Deputy Court Clerk/Notary Public

CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the ____ **day of** _____, ____ and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|

_____
Signature of person mailing summons



Arkansas Judiciary

**Case Title:**        STANLEY ROGERS V FISERC INC ET AL

**Case Number:**   72CV-21-2819

**Type:**               SUMMONS - FILER PREPARED

So Ordered

Tyra Marsh

Tyra Marsh

Electronically signed by TAMARSH on 2021-12-14 15:20:30     page 3 of 3

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

**STANLEY ROGERS, an individual,**

**Plaintiff,**

Case No. _____

**vs.**

**FISERV, INC., a foreign corporation; FIRST**
**DATA CORPORATION, a foreign**
**corporation; TONY MARINO, an individual;**
**and ANGELO GRECCO, an individual,**

**Defendants.**

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
**W. Kirk Turner, OBA # 13791/AR 2006024**
**2 West Second Street, Suite 1100**
**Tulsa, OK 74103**
**(918) 587-0000 telephone/(918) 599-9317 fax**
**kirk.turner@mcafeetaft.com**

## ORIGINAL SUMMONS

Tony Marino

To the above-named Defendant(s):

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____ day of December, 2021.

_____, Court Clerk

By _____
         Deputy Court Clerk

(Seal)

This summons and order was served on _____.
                                                                           (date of service)

_____
(Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

                      **Plaintiff,**

vs.                                 Case No. _____

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

                      **Defendants.**

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## RETURN/AFFIDAVIT OF SERVICE
### PERSONAL SERVICE

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

### CORPORATION RETURN

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer or other chief officer no being found in said County.

### NOT FOUND

Received this summons this ___ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

### FEES

For service $ _____, Mileage $ _____, Total $ _____
Dated this _____ day of _____, 20____.

                                _____, Sheriff
                        By: _____, Deputy
                        _____County, Oklahoma

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

                                _____
                                  Process Server

Subscribed to and sworn to before me this _____ day of _____, 20___.

                              _____, Court Clerk
My Commission Expires: _____
                            Deputy Court Clerk/Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____**day of** _____, _____ and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|

                                _____
                          Signature of person mailing summons



Arkansas Judiciary

**Case Title:**      STANLEY ROGERS V FISERC INC ET AL

**Case Number:**   72CV-21-2819

**Type:**        SUMMONS - FILER PREPARED

So Ordered

Tyra Marsh

Tyra Marsh

Electronically signed by TAMARSH on 2021-12-14 15:22:20    page 3 of 3

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

                                        Plaintiff,

                                                        Case No. _____

vs.

FISERV, INC., a foreign corporation; FIRST          Attorney(s) for Plaintiff(s):
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;            MCAFEE & TAFT
and ANGELO GRECCO, an individual,                   W. Kirk Turner, OBA # 13791/AR 2006024
                                                    2 West Second Street, Suite 1100
                                        Defendants. Tulsa, OK  74103
                                                    (918) 587-0000 telephone/(918) 599-9317 fax
                                                    kirk.turner@mcafeetaft.com


ORIGINAL SUMMONS

Angelo Grecco


To the above-named Defendant(s):

        You have been sued by the above-named plaintiff, and you are directed to file a written answer to the
attached petition in the court at the above address within twenty (20) days after service of this summons upon
you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to
the attorney for the plaintiff.  Unless you answer the petition within the time stated, judgment will be rendered
against you with costs of the action.

        Issued this _____ day of December, 2021.


                                                _____, Court Clerk


                                        By _____
                                                Deputy Court Clerk

(Seal)


        This summons and order was served on _____.
                                                        (date of service)


                                        _____
                                                (Signature of person serving summons)


YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS
SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO
THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

Plaintiff,

vs.

Case No. _____

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

Defendants.

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK 74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## RETURN/AFFIDAVIT OF SERVICE
### PERSONAL SERVICE

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

### CORPORATION RETURN

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer or other chief officer no being found in said County.

### NOT FOUND

Received this summons this ___ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

### FEES

For service $ _____, Mileage $ _____, Total $ _____
Dated this _____ day of _____, 20____.

_____, Sheriff
By: _____, Deputy
_____County, Oklahoma

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Process Server

Subscribed to and sworn to before me this _____ day of _____, 20___.

_____, Court Clerk

My Commission Expires: _____

_____
Deputy Court Clerk/Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____**day of** _____, _____ and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|

_____
Signature of person mailing summons



Arkansas Judiciary

**Case Title:**      STANLEY ROGERS V FISERC INC ET AL

**Case Number:**   72CV-21-2819

**Type:**           SUMMONS - FILER PREPARED

So Ordered

Tyra Marsh

Tyra Marsh

Electronically signed by TAMARSH on 2021-12-14 15:22:00    page 3 of 3

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2021-Dec-30  11:04:18
72CV-21-2819
C04D05 : 3 Pages

STANLEY ROGERS, an individual,

            Plaintiff,

                                 Case No. __72CV-21-2819_____

vs.

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

            Defendants.

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## ORIGINAL SUMMONS

First Data Corporation
c/o Gary B. Eidelman, Esq.
Saul Ewing Arnstein & Lehr LLP
500 E Pratt St., Suite 900
Baltimore, MD  21202-3133

To the above-named Defendant(s):

     You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

     Issued this _____ day of December, 2021.

                                      _____, Court Clerk

                    By _____
                         Deputy Court Clerk

(Seal)

This summons was served on December 23, 2021 by certified mail # 92148969009979011211020020.

                                         (Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

**STANLEY ROGERS, an individual,**

**Plaintiff,**

Case No. <u>72CV-21-2819</u>

vs.

**FISERV, INC., a foreign corporation; FIRST DATA CORPORATION, a foreign corporation; TONY MARINO, an individual; and ANGELO GRECCO, an individual,**

**Defendants.**

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
**W. Kirk Turner, OBA # 13791/AR 2006024**
**2 West Second Street, Suite 1100**
**Tulsa, OK  74103**
**(918) 587-0000 telephone/(918) 599-9317 fax**
**kirk.turner@mcafeetaft.com**

### RETURN/AFFIDAVIT OF SERVICE
#### PERSONAL SERVICE

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

#### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

#### CORPORATION RETURN

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer no being found in said County.

#### NOT FOUND

Received this summons this _____ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

#### FEES

For service $_____, Mileage $_____, Total $_____
Dated this _____ day of _____, 20____.

_____, Sheriff
By: _____, Deputy
_____ County, Oklahoma

#### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Process Server

Subscribed to and sworn to before me this _____ day of _____, 20_____.

_____, Court Clerk
_____
Deputy Court Clerk/Notary Public

My Commission Expires: _____

#### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the 14th day of December, 2021 and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| First Data Corporation | c/o Gary B. Eidelman, Esq.<br>Saul Ewing Arnstein & Lehr, LLP<br>500 E. Pratt St., Suite 900<br>Baltimore, MC  21202-3133 | 12/23/2021 |

_____
Signature of person mailing summons



**UNITED STATES**
**POSTAL SERVICE**

December 29, 2021

Dear Susie Holland:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1211 0200 20**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 23, 2021, 2:17 pm |
| **Location:** | BALTIMORE, MD 21202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | First Data Corporation |

| Shipment Details | |
|---|---|
| **Weight:** | 0.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *S.F 243 C-19* |
| | *G. Huff* |
| Address of Recipient: | *500 E.Pratt* |
| | *#8th st.* |
| | *Fl* |

Note: Scanned image may reflect a different destination address due to intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2021-Dec-30  11:05:16
72CV-21-2819
C04D05 : 3 Pages

STANLEY ROGERS, an individual,

                Plaintiff,

vs.

              Case No. __72CV-21-2819_____

FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,

                Defendants.

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK 74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

### ORIGINAL SUMMONS

Tony Marino
c/o Gary B. Eidelman, Esq.
Saul Ewing Arnstein & Lehr LLP
500 E Pratt St., Suite 900
Baltimore, MD 21202-3133

To the above-named Defendant(s):

      You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

      Issued this _____ day of December, 2021.

                          _____, Court Clerk

                By _____
                      Deputy Court Clerk

(Seal)

This summons was served on <u>December 23, 2021 by certified mail # 92148969009997901211020037</u>.

                    _____
                    (Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

STANLEY ROGERS, an individual,

                            Plaintiff,

                                                    Case No. 72CV-21-2819

vs.

FISERV, INC., a foreign corporation; FIRST        Attorney(s) for Plaintiff(s):
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;          MCAFEE & TAFT
and ANGELO GRECCO, an individual,                 W. Kirk Turner, OBA # 13791/AR 2006024
                                                  2 West Second Street, Suite 1100
                            Defendants.            Tulsa, OK  74103
                                                  (918) 587-0000 telephone/(918) 599-9317 fax
                                                  kirk.turner@mcafeetaft.com

## RETURN/AFFIDAVIT OF SERVICE
### PERSONAL SERVICE

I certify that I received the foregoing summons the ___ day of _____, 20___, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the ___ day of _____, 20___, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

### CORPORATION RETURN

Received this summons this ___ day of _____, 20___, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of _____, 20___, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer no being found in said County.

### NOT FOUND

Received this summons this ___ day of _____, 20___, I certify that the following persons of the defendant(s) within name not found n said County: _____

### FEES

For service $_____, Mileage $_____, Total $_____
Dated this ____ day of _____, 20____.
                                              By: _____, Sheriff
                                              _____, Deputy
                                              _____County, Oklahoma

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

                                              _____
                                              Process Server

Subscribed to and sworn to before me this ____ day of _____, 20_____.

                                              _____, Court Clerk

My Commission Expires: _____            _____
                                              Deputy Court Clerk/Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the 14th day of December, 2021 and receipt thereof on the dates shown:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| Tony Marino | c/o Gary B. Eidelman, Esq.<br>Saul Ewing Arnstein & Lehr, LLP<br>500 E. Pratt St., Suite 900<br>Baltimore, MC  21202-3133 | 12/23/2021 |

                                              _____
                                              Signature of person mailing summons

**UNITED STATES**
**POSTAL SERVICE**

December 29, 2021

Dear Susie Holland:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1211 0200 37**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 23, 2021, 2:17 pm |
| **Location:** | BALTIMORE, MD 21202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Tony Marino |

| Shipment Details | |
|---|---|
| **Weight:** | 0.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | S.F 243 C-19  G. Huff |
| Address of Recipient: | 500 E Pratt #8 in st. FL |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail 9214 8969 0099 9790 1211 0200 37

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ $1.85
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage
$ $0.530

Total Postage and Fees
$ $6.130

Sent To
Tony Marino
c/o Gary B. Eidelman, Esq.
Saul Ewing Arnstein & Lehr LLP
500 E Pratt St., Suite 900
Baltimore, MD 21202-3133

PS Form 3800

DEC 14 2021

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

ELECTRONICALLY FILED
Washington County Circuit Court
Kyle Sylvester, Circuit Clerk
2021-Dec-30  11:05:58
72CV-21-2819
C04D05 : 3 Pages

**STANLEY ROGERS, an individual,**

**Plaintiff,**

**vs.**

Case No. __72CV-21-2819_____

**FISERV, INC., a foreign corporation; FIRST
DATA CORPORATION, a foreign
corporation; TONY MARINO, an individual;
and ANGELO GRECCO, an individual,**

**Defendants.**

Attorney(s) for Plaintiff(s):

MCAFEE & TAFT
W. Kirk Turner, OBA # 13791/AR 2006024
2 West Second Street, Suite 1100
Tulsa, OK  74103
(918) 587-0000 telephone/(918) 599-9317 fax
kirk.turner@mcafeetaft.com

## ORIGINAL SUMMONS

Fiserv, Inc.
c/o Gary B. Eidelman, Esq.
Saul Ewing Arnstein & Lehr LLP
500 E Pratt St., Suite 900
Baltimore, MD  21202-3133

To the above-named Defendant(s):

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.  Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ____ day of December, 2021.

_____, Court Clerk

By _____
Deputy Court Clerk

(Seal)

This summons was served on December 23, 2021 by certified mail # 92148969009979011211020006.

_____
(Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS
SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO
THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

**STANLEY ROGERS, an individual,**

**Plaintiff,**

**vs.**

Case No. <u>72CV-21-2819</u>

**FISERV, INC., a foreign corporation; FIRST DATA CORPORATION, a foreign corporation; TONY MARINO, an individual; and ANGELO GRECCO, an individual,**

**Defendants.**

**Attorney(s) for Plaintiff(s):**

**MCAFEE & TAFT**
**W. Kirk Turner, OBA # 13791/AR 2006024**
**2 West Second Street, Suite 1100**
**Tulsa, OK  74103**
**(918) 587-0000 telephone/(918) 599-9317 fax**
**kirk.turner@mcafeetaft.com**

**RETURN/AFFIDAVIT OF SERVICE**
**PERSONAL SERVICE**

I certify that I received the foregoing summons the __ day of _____, 20__, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| | | |
| | | |
| | | |

**USUAL PLACE OF RESIDENCE**

I certify that I received the foregoing summons on the __ day of _____, 20__, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

**CORPORATION RETURN**

Received this summons this __ day of _____, 20__, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____ a corporation, on the _____ day of_____, 20__, be delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice-President, Secretary, Treasurer, or other chief officer no being found in said County.

**NOT FOUND**

Received this summons this ____ day of _____, 20__, I certify that the following persons of the defendant(s) within name not found n said County: _____

**FEES**

For service $_____, Mileage $_____, Total $_____
Dated this ____ day of _____, 20____.

_____, Sheriff
By: _____, Deputy
_____County, Oklahoma

**AFFIDAVIT**

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Process Server

Subscribed to and sworn to before me this ____ day of _____, 20_____.

_____, Court Clerk

My Commission Expires: _____

_____
Deputy Court Clerk/Notary Public

**CERTIFICATE OF SERVICE BY MAIL**

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the 14th day of December, 2021 and receipt thereof on the dates shown.

| Name of Defendant | Address | Date of Service |
|---|---|---|
| Fiserv, Inc. | c/o Gary B. Eidelman, Esq.<br>Saul Ewing Arnstein & Lehr, LLP<br>500 E. Pratt St., Suite 900<br>Baltimore, MC  21202-3133 | 12/23/2021 |

_____
Signature of person mailing summons



UNITED STATES
POSTAL SERVICE

December 29, 2021

Dear Susie Holland:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1211 0200 06.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | December 23, 2021, 2:17 pm |
| **Location:** | BALTIMORE, MD 21202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Fiserv Inc |

## Shipment Details

| | |
|---|---|
| **Weight:** | 0.0oz |

## Recipient Signature

Signature of Recipient:  *S.F. 243 C-19*
                         *G. HUFF*

Address of Recipient:  *500 E. PRATT*
                       *#8th st.*
                       *Fl.*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional
assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail 7214 8969 0099 9790 1211 0200 06

| Extra Services & Fees (check box, add fee as appropriate) | |
|---|---|
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ 1.85 |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ 0.00 |

Postage
$
Total Postage & Fees
$ 6.130

Sent To  Fiserv Inc
Street, Apt. No.,  c/o Gary B. Eidelman, Esq,
or PO Box No.  Saul Ewing Arnstein & Lehr LLP
City, State, ZIP  500 E Pratt St., Suite 900
                 Baltimore, MD 21202-3133

PS Form 3800