**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| STANLEY ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.5:22-cv-05012-PKH |
| | ) | |
| FISERV, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FISERV, INC.'S DISCLOSURE OF
<u>ORGANIZATIONAL INTERESTS CERTIFICATE</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Fiserv,

Inc. discloses the following organizational interests:

1.      Fiserv, Inc. is a publicly traded corporation formed under the laws of Wisconsin.

No publicly held corporation owns 10% or more of Fiserv's stock.

CONNER & WINTERS, LLP

By:      <u>*/s/ Kerri E. Kobbeman*                    </u>
Kerri E. Kobbeman, ABA #2008149
4375 North Vantage Drive, Ste 405
Fayetteville, AR 72703
Phone: 479.582.5711
Facsimile: 479.587.1426
Email: kkobbeman@cwlaw.com

SAUL EWING ARNSTEIN & LEHR LLP
Gary B. Eidelman (*pro hac vice to be filed*)
500 E. Pratt Street
Suite 900
Baltimore, MD 21202
Phone: 410.332.8975
Facsimile: 410.332.8976
Email: gary.eidelman@saul.com

*Counsel for Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 13th day of January, 2022, upon electronically filing the foregoing document, a copy of same was served on all counsel of record via the court's ECF system.

*/s/ Kerri E. Kobbeman*  
Kerri E. Kobbeman

39331755.5