## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STANLEY ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:22-cv-05012-PKH |
| ) | |
| FISERV, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT FIRST DATA CORPORATION'S DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 7.1, counsel of record for Defendant First Data Corporation discloses the following organizational interests:

1. First Data is a Delaware corporation and its parent company is Defendant Fiserv, Inc. No publicly held corporation owns 10% or more of Fiserv's stock.

                                      CONNER & WINTERS, LLP

By:    */s/ Kerri E. Kobbeman*
        Kerri E. Kobbeman, ABA #2008149
        4375 North Vantage Drive, Ste 405
        Fayetteville, AR 72703
        Phone: 479.582.5711
        Facsimile: 479.587.1426
        Email: kkobberman@cwlaw.com

SAUL EWING ARNSTEIN & LEHR LLP
Gary B. Eidelman (*pro hac vice to be filed*)
500 E. Pratt Street
Suite 900
Baltimore, MD 21202
Phone: 410.332.8975
Facsimile: 410.332.8976
Email: gary.eidelman@saul.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2022, upon electronically filing the foregoing document, a copy of same was served on all counsel of record via the court's ECF system.

>
> */s/ Kerri E. Kobbeman*
> Kerri E. Kobbeman