# Exhibit A

DocuSign Envelope ID: 45B8B5BD-512E-48E3-8224-3ED4F9F63FBF

## IN THE U.S. DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **STANLEY ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 5:22-cv- 05012-PKH |
| | ) | Judge Holmes III |
| **v.** | ) | |
| | ) | |
| **FISERV, INC., et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF ANTHONY S. MARINO IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST MARINO AND GRECCO

I, ANTHONY S. MARINO, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I submit this declaration in support of the Motion to Dismiss Plaintiff Stanley Rogers's Complaint against Tony Marino[1] and Angelo Grecco.

2.      The matters stated in this declaration are within my personal knowledge, and, if called as a witness, I could and would competently testify to them.

3.      I reside and am domiciled in the State of North Carolina, and am a citizen of the State of North Carolina.

4.      I am employed by Fiserv, Inc. as the Chief Human Resources Officer. My work location is in the State of New York.

5.      As part of my position at Fiserv, Inc., I oversee employees in all states in which Fiserv, Inc. employees work, including Arkansas.

6.      I have not travelled to the State of Arkansas in over 30 years in either a personal or professional capacity.

---

[1] Tony Marino's full legal name is Anthony S. Marino.

39501571.1

DocuSign Envelope ID: 45B8B5BD-512E-48E3-8224-3ED4F9F63FBF

7.     I own no real property in the State of Arkansas.

8.     I neither hold nor maintain any bank or other financial accounts in the State of Arkansas.

9.     I neither own, maintain, nor keep any personal property in the State of Arkansas.

10.    On November 11, 2021, I received a text message from Samir Zabaneh asking whether Fiserv would waive Rogers' non-compete agreement. I responded the next day, November 12, 2021, via text that Fiserv would not waive Rogers' non-compete obligations, to which Mr. Zabaneh responded that he understood.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:      January 19, 2022

DocuSigned by:

/s/ *Anthony Marino*

ANTHONY S. MARINO

39501571.1