Exhibit B

IN THE U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

| STANLEY ROGERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 5:22-cv-05012-PKH |
| | ) | Judge Holmes III |
| v. | ) | |
| | ) | |
| FISERV, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ANGELO GRECCO IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST MARINO AND GRECCO**

I, ANGELO GRECCO, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of the Motion to Dismiss Plaintiff Stanley Rogers's Complaint against Tony Marino and Angelo Grecco.

2. The matters stated in this declaration are within my personal knowledge, and, if called as a witness, I could and would competently testify to them.

3. I reside and am domiciled in the State of Pennsylvania, and am a citizen of the State of Pennsylvania.

4. I am employed by Fiserv, Inc. as Senior Vice President and Co-President, SMB. My work location is in the State of Pennsylvania.

5. I have never travelled to the State of Arkansas in either a personal or professional capacity.

6. I own no real property in the State of Arkansas.

7. I neither hold nor maintain any bank or other financial accounts in the State of Arkansas.

8. I neither own, maintain, nor keep any personal property in the State of Arkansas.

9. On or about September 23, 2021, Stanley Rogers sent me a text message asking whether he and I could work with Fiserv, Inc.'s Human Resources department to include a waiver of his non-compete obligations and allow him to work for a Fiserv, Inc. competitor. I periodically communicated with Mr. Rogers about obtaining a waiver via text message and e-mail between September 23, 2021 and November 15, 2021. I also spoke to Mr. Rogers via telephone at least once regarding a potential waiver of his non-compete obligations.

10. I never met with Mr. Rogers in person to discuss his obligations not to compete or a potential waiver of those obligations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   January 19, 2022

/s/ *Angelo Grecco*
ANGELO GRECCO