IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STANLEY ROGERS, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:22-cv-05012-PKH |
| ) | |
| v. ) | |
| ) | |
| FISERV, INC., et al, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Stanley Rogers, by his counsel of record, McAfee & Taft, and Defendants, Fiserv, Inc. and First Data Corporation, by their counsel, Conner Winters, LLP and Saul, Ewing, Arnstein & Lehr, LLP, hereby give notice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that this matter is dismissed without prejudice. Through this dismissal, each party is to bear his/its own costs and attorneys' fees.

Respectfully submitted,

**CONNER WINTERS, LLP**

/s/ Kerri Kobbeman*
Kerri Kobbeman, ABA # 2008149
4375 North Vantage Drive, Suite 405
Fayetteville, AR  72703
479.582.5711
479.587.1425 (Facsimile)
kkobbeman@cwlaw.com

SAUL EWING ARNSTEIN & LEHR LLP
Gary B. Eidelman (admitted *pro hac vice*)
500 E. Pratt Street, Suite 900
Baltimore, MC  21202
410.332.8975
410.332.8976
gary.eidelman@saul.com

**MCAFEE & TAFT, P.C.**

s/ W. Kirk Turner
W. Kirk Turner, ABA #2006024
Williams Center Tower II
Two West Second Street, Suite 1100
(918) 587-0000 Telephone
(918) 599-9317 Facsimile
kirk.turner@mcafeetaft.com

*Attorneys for Plaintiff, Stanley Rogers*

*Signed by Filing Attorney, with Permission of Defendants' Attorneys.

Garrett P. Buttrey (admitted *pro hac vice*)
1919 Pennsylvania Ave. NW, Suite 550
Washington, D.C. 20006
202.295.6642
202.337.6065
garrett.buttrey@saul.com

***Attorneys for Defendants, Fiserv, Inc. and First Data Corporation***